# Court of Appeals
# of the State of Georgia

ATLANTA,  June 22, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1478. GREESHA PATEL v. CITY OF ATLANTA.**

Pursuant to Court of Appeals Rule 23 (a), "Appellant's brief shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal." This appeal was docketed on May 18, 2022, and Appellant has filed neither a request for extension nor a brief. For this reason, Appellee's motion to dismiss this appeal for failure to file an appellate brief is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/22/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*